

windelsmarx.com

**Louis H. Weinstein**
973.966.3236
lweinstein@windelsmarx.com

One Giralda Farms  | Madison, NJ 07940
T. 973.966.3200  |  F. 973.966.3250

January 6, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** *In Re Lumify* – Civ. Action No. 21-16766 (RK) (RLS) (CONSOLIDATED)

Dear Judge Singh:

We, together with Goodwin Procter LLP, represent the Defendants Slayback Pharma, LLC, Slayback Pharma India LLP, Dr. Reddy's Laboratories S.A., and Dr. Reddy's Laboratories, Inc. (collectively, "Defendants") in the above-referenced consolidated action.

We write to inform the Court that, although Defendants timely served Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and accompanying declarations and exhibits, despite numerous attempts over several hours Defendants have encountered unexpected technical difficulties when filing those materials—particularly the voluminous exhibits—on the electronic court filing system.  Thus far, Defendants have successfully filed Defendants' opposition brief and all accompanying declarations.  Defendants are working diligently to remedy this issue and will file the remaining exhibits as soon as possible.

Counsel are available at the Court's convenience should Your Honor have any questions regarding Defendants' electronic filings.

Respectfully submitted,

*s/ Louis H. Weinstein*
Louis H. Weinstein
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
lweinstein@windelsmarx.com
*Attorneys for Defendants*

*Slayback Pharma LLC, Slayback Pharma India LLP, Dr. Reddy's Laboratories S.A., and Dr. Reddy's Laboratories, Inc.*

cc: Counsel of Record via E-mail