UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LUMIFY | Civil Action No. 21-16766 (RK) (RLS) (CONSOLIDATED)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having been brought before the Court by way of the parties' competing proposals for an amended discovery schedule (Doc. No. 256); and the Court having considered the status of this matter, as well as the parties' respective arguments as to the case schedule; and the Court exercising its authority and discretion in the management of discovery in this matter; and for good cause shown;

**IT IS, THEREFORE,** on this **18th day of March 2024,**

**ORDERED** that:

1. Defendants shall serve their Invalidity Contentions and Non-Infringement Contentions regarding the '245 Patent by no later than **April 22, 2024**;

2. Plaintiffs shall serve their Responsive Contentions regarding the '245 Patent by no later than **June 3, 2024**;

3. The parties shall complete fact discovery by no later than **July 1, 2024**;

4. The parties shall electronically file a joint status letter and any further scheduling proposals by no later than **June 24, 2024**.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

1