UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE LUMIFY** | Civil Action No. 21-16766 (RK) (RLS) (CONSOLIDATED)<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by way of the parties' respective letters informally raising certain discovery disputes by and between them (*see* Doc. Nos. 339, 340); and the Court having considered the oppositions thereto (*see* Doc. Nos. 345, 346); and the Court having heard oral argument as to the discovery disputes on July 12, 2024; and for the reasons set forth on the record during the July 12, 2024 hearing; and for good cause shown;

**IT IS** on this **12th day** of **July 2024**, hereby

**ORDERED** that the parties are directed to proceed with discovery and meet and confer as directed during the July 12, 2024 hearing. The parties shall update the Court as to any agreed upon deadlines for fact discovery, the exchange of preliminary claim constructions and evidence, and the filing of a joint claim construction and prehearing statement by no later than **July 16, 2024**. The parties shall update the Court as to the status of their meet and confers regarding the various stipulations by no later than **July 19, 2024**; and it is further

**ORDERED** that Defendants shall supplement their request to compel certain discovery relating to the conception and reduction to practice of the purported inventions at issue by no later than **July 17, 2024**. Plaintiffs may respond to such supplementation by no later than **July 22, 2024**; and it is further

**ORDERED** that the parties' respective requests are **GRANTED in part and DENIED in part** as set forth on the record during the July 12, 2024 hearing; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE the Motions pending at Docket Entries Numbered 339 and 340.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE