

**Frank D. Rodriguez**

973.966.3232

**frodriguez@windelsmarx.com**

windelsmarx.com

**One Giralda Farms | Madison, NJ 07940**

**T. 973.966.3200 | F. 973.966.3250**

February 28, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   **RE:** *In re Lumify,* **C.A. No. 21-16766 (RK) (RLS) (Consolidated)**

Dear Judge Singh:

   This firm, together with Goodwin Procter, LLP, represent the Defendants Slayback Pharma LLC, Slayback Pharma India LLP, Dr. Reddy's Laboratories S.A., and Dr. Reddy's Laboratories, Inc. (the "Slayback and Dr. Reddy's Defendants"), in the above-referenced consolidated action.

   We hereby submit the attached Notice of Withdrawal of Louis H. Weinstein as counsel for the Slayback and Dr. Reddy's Defendants in this matter (See, Notice of Appearance, D.I. 10). Windels Mark Lane & Mittendorf, LLP and Goodwin Proctor LLP will continue to serve as counsel for the Slayback and Dr. Reddy's Defendants in this matter. Accordingly, we respectfully request Your Honor to endorse the Notice of Withdrawal and enter same on the case docket.

   Thank you.

          Respectfully Submitted,


          */s/ Frank D. Rodriguez*
          Frank D. Rodriguez

cc:  Counsel of Record (via ECF and email)

{80338897:1}