**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE LUMIFY** | **Civil Action No. 21-16766 (RK) (RLS)** (CONSOLIDATED) *(Document Electronically Filed)* **NOTICE OF WITHDRAWAL OF COUNSEL LOUIS H. WEINSTEIN AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

**PLEASE TAKE NOTICE** that Louis H. Weinstein of the law firm of Windels Marx Lane & Mittendorf, LLP hereby withdraws his appearance as counsel for Defendants, Slayback Pharma LLC, Slayback Pharma India LLP, Dr. Reddy's Laboratories S.A., and Dr. Reddy's Laboratories, Inc. (the "Slayback and Dr. Reddy's Defendants"), in the above-referenced consolidated matter, and further requests that the following address be removed from the list of Notice of Electronic Filing recipients within the case.

Louis H. Weinstein          lweinstein@windelsmarx.com

This Notice only applies to Louis H. Weinstein. The Slayback and Dr. Reddy's Defendants will continue to be represented by Frank D. Rodriguez of Windels Marx Lane & Mittendorf, LLP, as well as Timothy J. Beavers, Robert Frederickson, III, Linnea Cipriano, Christopher J. Cassella, Elaine Hermann Blaise, Kevin P. Martin, Anna Zhou, Christie Larochelle and Magdalin Peña Jimenez of Goodwin Procter LLP admitted *pro hac vice*, in this matter.

Dated:  February 28, 2025

 /s/ Frank D. Rodriguez
Frank D. Rodriguez
**WINDELS MARX LANE &**
**MITTENDORF, LLP**
One Giralda Farms
Madison, New Jersey 07640
Tel. (201) 966-3200
frodriguez@windelsmarx.com

{80338900:1}

OF COUNSEL:

Robert Frederickson, III (*pro hac vice*)
Elaine Herrmann Blais (*pro hac vice*)
Kevin P. Martin (*pro hac vice*)
Christie Larochelle (*pro hac vice*)
Anna Zhou (*pro hac vice*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
rfrederickson@goodwinlaw.com
eblais@goodwinlaw.com
kmartin@goodwinlaw.com
clarochelle@goodwinlaw.com
azhou@goodwinlaw.com

Linnea Cipriano (*pro hac vice*)
Timothy J. Beavers (*pro hac vice*)
Magdalin Peña Jimenez (*pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
lcipriano@goodwinlaw.com
tbeavers@goodwinlaw.com
mpena@goodwinlaw.com

Christopher J. Cassella (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
(202) 346-4358
ccassella@goodwinlaw.com

**SO ORDERED**, this _____ day of February, 2025.

_____
**Honorable Rukhsanah L. Singh, U.S.M.J.**

{80338900:1}