**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|   |
|---|
| IN RE LUMIFY |

Civil Action No. 21-16766 (RK) (RLS)
(CONSOLIDATED)

*Document Electronically Filed*

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and an agreement by and between Plaintiffs Bausch & Lomb Incorporated, Bausch & Lomb Ireland Limited and Eye Therapies, LLC ("Plaintiffs"), on the one hand, and Defendants Dr. Reddy's Laboratories, S.A, Dr. Reddy's Laboratories, Inc., Slayback Pharma, LLC, and Slayback Pharma India LLP ("Defendants," and collectively with Plaintiffs, the "Parties") dated July 9, 2025 (the "Agreement"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

Dated: July 11, 2025

s/ William P. Deni, Jr.
William P. Deni, Jr.
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

s/ Frank D. Rodriguez
Frank D. Rodriguez
**WINDELS MARX LANE & MITTENDORF LLP**
One Giralda Farms
Madison, New Jersey 07940
(973) 966-3200
frodriguez@windelsmarx.com

Bryan C. Diner
Justin J. Hasford
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*
*Bausch & Lomb, Inc.,*
*Bausch & Lomb Ireland Limited,*
*and Eye Therapies, LLC*

Robert Frederickson III
Elaine Herrmann Blais
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Linnea Cipriano
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-880

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, S.A.,*
*Dr. Reddy's Laboratories, Inc.,*
*Slayback Pharma, LLC, and*
*Slayback Pharma India LLP*

SO ORDERED this ___ day of ___ 2025.

_____
Honorable Robert Kirsch, U.S.D.J.

2